364 A.2d 914

COMMONWEALTH of Pennsylvania,
Appellee,

v.

Ronald Lee RHODES, Appellant.

Supreme Court of Pennsylvania.

Argued March 11, 1976.

Decided Oct. 8, 1976.

Anthony V. DeCello, DeCello, Bua & Manifesto, Pittsburgh, for appellant.

Robert E. Colville, Dist. Atty., Robert L. Eberhardt, Asst. Dist. Atty., Pittsburgh, for appellee.

Before JONES, C. J., and EAGEN, O'BRIEN, ROBERTS, POMEROY, NIX and MANDERINO, JJ.

ORDER OF THE COURT

PER CURIAM:

Judgment affirmed.